**Opinion issued February 9, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00649-CV

_____

## F. DOUGLAS MONTAGUE III AND MONTAGUE PITTMAN & VARNADO, P.A., Appellants

## V.

## MICHAEL POHL AND LAW OFFICE OF MICHAEL A. POHL PLLC; BAKER NICHOLSON LAW FIRM; TINA NICHOLSON; LANCE KASSAB; LANCE CHRISTOPHER KASSAB, P.C. D/B/A THE KASSAB LAW FIRM; SCOTT FAVRE; SCOTT M. FAVRE PUBLIC ADJUSTER, LLC; AND PRECISION MARKETING GROUP, LLC, Appellees

---

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2018-58419

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).[1] We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.

---

[1] Although the motion also requests that we lift the automatic stay imposed under Section 51.014(b) of the Texas Civil Practice & Remedies Code, we need not order the stay lifted because it necessarily terminates upon dismissal of the appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(b) (providing certain interlocutory appeals stay all proceedings in trial court "pending resolution of the appeal").